DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENITO CHARLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-79

[April 11, 2019]

Appeal of order denying rule 3.850 motion from the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 06-18235CF10A.

Benito Charles, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***